the 24th of November, 2015

Mr. Abel Acosta, Clerk
The Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Texas 78711

RE: PD-1172-13 (09-12-00574-CR)

Mr. Acosta,

Greetings and salutations as I pray that you and yours are doing well as we approach the holidays. As a pro se litigant, I have found myself at the continuous mercy of the compassionate assistance from persons such as yourself.

Under Art. V, §5 of the Texas Constitution, as implemented by Art. 4.04(c), C.C.P., authority is given to the Court of Criminal Appeals the discretion to review appellate court decisions. Though not a matter of right, I recognize this opportunity and thank this court for having granted me leave to exercise this veniew. If I may, it is for this cause that I now write to your office requesting the following:

1). A true copy of the Petition for Discretionary Review (PD-1172-13), filed, by your assistance, on 10-18-15; also,

2). If at all within your powers, a copy of exhibits I & II (see Exhibit Index, Tr.No. 11-11914, AP. No. 09-12-00574-CR).

In understanding that your time is valuable, I genuinely appreciate your assistance with the above stated request. Should there be any costs associated with the same, please notify me of such that I may arrange to have the amount sent to your office. For your convenience, I have enclosed a self-addressed stamped envelope. Again, Thank you. I await your reply.

Respectfully Submitted,

Mr. Travis J. Guillory

TDCJ-ID # 1817400
2661 F.M. 2054
Tennessee Co...

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk